Daryl L. DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77572.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 7, 2000.

Douglas R. Hoff, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before: CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL, Jr., J., and
JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

Daryl Davis appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision for the use of the parties. We affirm the judgment pursuant to Rule 81.16(b).